Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorney for Defendant Transworld Systems Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRUGGINK, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>TRANSWORLD SYSTEMS INC., and DOES 1 through 10, inclusive, and each of them,<br><br>            Defendant. | Case No.  17-CV-02176-DMG-SK<br><br>JOINT NOTICE OF SETTLEMENT |

///

///

///

///

Notice is hereby given that this matter has been settled as to Plaintiff's individual claims. The parties anticipate the settlement agreement will be fully executed and the settlement terms will be fully performed within 30 days. The parties will then file a stipulation for dismissal of the action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class.

Dated: 5/18/17                  LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                                      */s/ Todd M. Friedman*
                                      Todd M. Friedman
                                      Attorney for Plaintiff
                                      Michael Bruggink

Dated: 5/18/17                  SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                      */s/Debbie P. Kirkpatrick*
                                      Debbie P. Kirkpatrick
                                      Attorney for Defendant
                                      Transworld Systems Inc.

## **SIGNATURE ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of Todd M. Friedman, counsel for Plaintiff, in the content of this document and his authorization to file it.

Dated: 5/18/17                  SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                      */s/Debbie P. Kirkpatrick*
                                      Debbie P. Kirkpatrick