UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRUGGINK, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>  vs.<br><br>TRANSWORLD SYSTEMS INC., and DOES 1 through 10, inclusive, and each of them,<br><br>        Defendants. | Case No.: CV 17-2176-DMG (SKx)<br><br>ORDER APPROVING STIPULATION TO DISMISS [12] |

    The parties in the above-captioned action having stipulated that the action shall be dismissed in its entirety, and the Court having considered the same,

    IT IS ORDERED that this action shall be dismissed in its entirety. The dismissal shall be with prejudice as to the claims of Plaintiff Michael Bruggink. The dismissal shall be without prejudice as to the claims of the putative class. The parties are to bear their own costs.

DATED: June 2, 2017

                                    _____
                                    DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE